THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KURT SKAU, on behalf of himself and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JBS CARRIERS, INC.,<br><br>Defendant. | CASE NO. C17-1499-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for an extension of time to file its responsive pleading (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 6(b)(1), finding good cause, the Court GRANTS Defendant's motion. Defendant shall FILE its responsive pleading no later than October 27, 2017.

DATED this 10th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk